**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INBEV N.V./S.A.,<br>INBEV USAL LLC, and<br>ANHEUSER-BUSCH COMPANIES,<br>INC.<br><br>　　　　Defendants. | Case No. 08-CV-1965-JR |

**MISSOURI PLAINTIFFS' FURTHER SUBMISSION IN SUPPORT OF
MOTION FOR INTERVENTION; and MOTION FOR LEAVE TO FILE
UNDER SEAL**

**NOTICE THAT RELATED APPEAL IS PENDING IN EIGHTH
CIRCUIT**

Joseph M. Alioto, *pro hac vice*
Theresa D. Moore, *pro hac vice*
Joseph M. Alioto, Jr., *pro hac vice*
Thomas P. Pier, *pro hac vice*
**ALIOTO LAW FIRM**
555 CALIFORNIA STREET
THIRTY-FIRST FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 434-8900
FAX: (415) 434-9200
ESEXTON@ALIOTOLAW.COM

*Attorneys for Missouri Plaintiffs*

THEODORE F. SCHWARTZ (MO SBN 17995)
KENNETH R. SCHWARTZ (MO SBN 44528)
**LAW OFFICES OF THEODORE F. SCHWARTZ**
230 SOUTH BENISTON, SUITE 1010
CLAYTON, MISSOURI 63105
TEL: (314) 863-4654
FAX: (314) 862-4357
THEODORE@SCHWARTZ-SCHWARTZ.COM

DANIEL R. SHULMAN, *PRO HAC VICE*
**GRAY, PLANT & MOOTY**
500 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TEL: (612) 632-3335
FAX: (612) 632-4335
DANIEL.SHULMAN@GPMLAW.COM

GILMUR R. MURRAY, *PRO HAC VICE*
DEREK G. HOWARD, *PRO HAC VICE*
**MURRAY & HOWARD, LLP**
436 14TH STREET, SUITE 1413
OAKLAND, CALIFORNIA 94612
TEL: (510) 444-2660
FAX: (510) 444-2522
DHOWARD@MURRAYHOWARDLAW.COM

*ATTORNEYS FOR MISSOURI PLAINTIFFS*

Plaintiffs in *Marty Ginsburg, et al. v. InBev N.V./S.A., et al.* ("Missouri Plaintiffs") respectfully submit for the Court's review, in further support of their Motion for Intervention, the following documents filed in the Eighth Circuit on January 20, 2009:

>Plaintiffs' Emergency Motion for Injunction Pending Appeal (Ex. A)

>Volumes I and II of the Appendix (Exs. B and C.)

Missouri Plaintiffs' Emergency Motion for Injunction Pending Appeal and the supporting Appendix were filed with the Eighth Circuit under seal. Missouri Plaintiffs therefore respectfully request that these documents be filed under seal with this Court.

## BACKGROUND

On November 14, 2008, the United States Department of Justice, Antitrust Division ("Government") initiated this action alleging that the proposed acquisition by Defendant InBev N.V./S.A., InBev USA LLC ("InBev") of Anheuser-Busch Companies, Inc. ("Anheuser-Busch") constitutes a violation of Section 7 of the Clayton Antitrust Act, 15 U..C. § 18. The Government and Defendants reached a tentative agreement involving InBev's divestiture of its beer brand Labatt and filed in this Court a [Proposed] Final Judgment, Hold Separate Stipulation and Order, and a Competitive Impact Statement (Docket Nos. 1, 2.) This Court issued the executed Hold Separate Stipulation and Order on November 14, 2008. The law mandates that a 60-day public comment period pass before this Court executes the final judgment. The 60-day period will close at the end of the day on January 24, 2009.

1

Two months before the Government's action was filed, on September 10, 2008, Marty Ginsburg and other beer consumers ("Missouri Plaintiffs") initiated an action in the Missouri District Court similarly alleging that the proposed acquisition by Defendant InBev N.V./S.A., InBev USA LLC ("InBev") of Anheuser-Busch Companies, Inc. ("Anheuser-Busch") violates Section 7 of the Clayton Antitrust Act, 15 U..C. § 18. *Ginsburg v. InBev* (Case No. 08-CV-1375, District Court for the Eastern District of Missouri). Missouri Plaintiffs' complaint seeks injunctive and other relief.

On November 3, 2008, Missouri Plaintiffs moved the Missouri District Court to preliminarily enjoin Defendants from consummating their acquisition until a trial on the merits could be completed. On November 18, 2008, the Missouri District Court denied the motion, before the briefing was concluded and before an evidentiary hearing could be conducted.

On November 20, 2008, Missouri Plaintiffs moved the District Court to reconsider its November 18 Order. In addition, on November 26, 2008, Missouri Plaintiffs filed a Hold Separate motion, seeking an order forbidding Defendants from commingling their assets until a trial on the merits could be conducted.

The Missouri District Court denied those motions on December 17 and December 30, 2008.

Missouri Plaintiffs filed their Notice of Appeal of the three interlocutory orders on January 19, 2009. On January 20, 2008, Missouri Plaintiffs moved the Eighth Circuit for an emergency stay of Defendants' acquisition, pending resolution of the appeal.

Missouri Plaintiffs moved this Court for permission to intervene on January 14, 2009.

## **ARGUMENT**

The submitted documents should be filed under seal for the following reasons:

Defendants Anheuser-Busch and InBev have collectively produced approximately 400,000 images that were provided to the Government under the Hart-Scott-Rodino Act ("HSR"). The HSR established the federal premerger notification program, which provides the Federal Trade Commission and the Department of Justice with information about large mergers and acquisitions before they occur.

In the Missouri case, Missouri Plaintiffs requested that Defendants voluntarily produce the same documents produced to the Government. Defendants delivered the documents to Plaintiffs on October 17, 2008. On October 31, 2008, Defendant InBev produced a privilege log relating to this production. In order to avoid delaying the production of the HSR Production to the Missouri Plaintiffs, the parties reached an agreement to treat all related HSR documents as "Highly Confidential."

The parties have exchanged drafts of a proposed Protective Order but disagreement over certain aspects of the terms and conditions has prevented finalization. The interim "Highly Confidential" designation will last until sufficient time exists to allow the Missouri Plaintiffs to identify documents that are in fact not non-public, the disputes over how to use the documents have been resolved, and the District Court has entered the Stipulated Protective Order.

Missouri Plaintiffs bring this instant Motion to Seal because they will be addressing the content of selected HSR documents in their Emergency Motion for Injunction Pending Appeal, and attaching HSR documents

produced by the Defendants. In conferring with counsel with the Defendants, it is clear that the Defendants contend that in the absence of a sealed filing at this juncture, one of the parties might suffer from disclosure of "Highly Confidential" private trade-related information, including pricing and internal analyses.

Under these circumstances, with no Stipulated Protective Order yet in place, and the Missouri Plaintiffs in possession of "Highly Confidential" documents, Missouri Plaintiffs do not have a choice but to file their Emergency Motion for Injunction, as well as the Appendix, under seal.

## CONCLUSION

For the foregoing reasons Missouri Plaintiffs respectfully request that the Court enter an order granting leave to file Plaintiffs' Emergency Motion For Injunction Pending Appeal, and the Appendix, under seal.

Dated: January 22, 2009         ALIOTO LAW FIRM

By: _____
Joseph M. Alioto, Jr.

Joseph M. Alioto, *pro hac vice*
Theresa D. Moore, *pro hac vice*
Joseph M. Alioto, Jr., *pro hac vice*
Thomas P. Pier, *pro hac vice*
**ALIOTO LAW FIRM**
555 California Street
Thirty-First Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: esexton@aliotolaw.com

Theodore F. Schwartz (MO SBN 17995)
Kenneth R. Schwartz (MO SBN 44528)
**LAW OFFICES OF THEODORE F.**

4

**SCHWARTZ**
230 South Beniston, Suite 1010
Clayton, Missouri 63105
Telephone: (314) 863-4654
Facsimile: (314) 862-4357
Email: Theodore@schwartz-schwartz.com

Daniel R. Shulman, *pro hac vice*
**GRAY, PLANT & MOOTY**
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Tel: (612) 632-3335
Fax: (612) 632-4335
Daniel.Shulman@GPMLaw.com

Gilmur R. Murray, *pro hac vice*
Derek G. Howard, *pro hac vice*
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522
Email: dhoward@murrayhowardlaw.com

*Attorneys for Plaintiffs Marty Ginsburg,* et al.

# EXHIBIT A

Plaintiffs' Emergency Motion for Injunction Pending Appeal

**Filed Under Seal**

# EXHIBIT B

Volume I of Appendix in Support of
Plaintiffs' Emergency Motion for Injunction Pending Appeal

**Filed Under Seal**

# EXHIBIT C

Volume II of Appendix in Support of
Plaintiffs' Emergency Motion for Injunction Pending Appeal

**Filed Under Seal**