**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
|     v. | :   Civil Action No. 08-1965 (JR) |
| | : |
| INBEV N.V./S.A., *et al*., | : |
| | : |
|     Defendants. | : |

### ORDER

The motion of "Missouri United States District Court Plaintiffs" to intervene in this action [#13] is **denied.**  The motion for leave to file further submission under seal [#14] is **denied.**  The movants will have ample opportunity to place their objections to the InBev-AnheuserBusch merger on the public record as part of the Tunney Act proceedings that are now underway.  It is **SO ORDERED.**


                                        JAMES ROBERTSON
                          United States District Judge