THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INBEV N.V./S.A.,<br>INBEV USA LLC, and<br>ANHEUSER-BUSCH COMPANIES, INC.<br><br>Defendants. | CASE NO: 1:08-cv-01965 (JR)<br><br>JUDGE: Robertson, James |

## NOTICE REGARDING VIDEO EXHIBIT ATTACHMENT

New York Distributors Comment Exhibit O ("Exhibit O"), which is an attachment to the United States' Response to Public Comments on the Proposed Final Judgment, is a compact disc consisting of nine (9) movies in MPEG format. Exhibit O is being maintained in the case file in the Clerk's Office. The exhibit will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

RECEIVED
FEB 2 6 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

/s/Mitchell H. Glende
Mitchell H. Glende
Trial Attorney
Litigation I Section - Antitrust Division
United States Department of Justice
1401 H Street NW, Suite 4000
Washington, D.C. 20530
(202) 353-3106
(202) 307-5802 (facsimile)

Dated: February 26, 2009